# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0638
_____

AMY ELIZABETH SIMMONS and
interested party SUSAN
SIMMONS,

  Appellants,

  v.

ESTATE OF WILLIAM EDWARD
SIMMONS,

  Appellee.

_____

On appeal from the Circuit Court for Franklin County.
Francis J. Allman, Jr., Judge.

May 15, 2026

PER CURIAM.

  AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Samuel Robert Alexander and Michael Joseph Ellis of Alexander Appellate Law P.A., Jacksonville, for Appellants.

Kristy Klay Branch Banks of Kristy Branch Banks, P.A., Apalachicola; Daniel William Hartman of Hartman Law Firm, P.A., Tallahassee, for Appellee.